IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00215 |
| | ) | Judge Trauger |
| [6] JEFFREY WAYNE CONNER | ) | |

**O R D E R**

A hearing on the Petition to Revoke Supervision (Docket No. 305) was held on July 5, 2012. The defendant pled guilty to the violation, and the court finds that violation **ESTABLISHED**. No further sanction is assessed at this time. The defendant will remain on pretrial release with the present conditions.

It is so **ORDERED.**

Enter this 5th day of July 2012.

_____
ALETA A. TRAUGER
United States District Judge