Motion GRANTED. Plea hearing RESET for 8/23/12 at 2:30 pm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | NO. 3:10-215 |
| ) | JUDGE TRAUGER |
| ANGELA MARIE GARCIA ) | |

_____

## MOTION TO CONTINUE CHANGE OF PLEA HEARING
_____

Defendant ANGELA MARIE GARCIA, through counsel, moves the Court to continue, for two weeks, the plea hearing which is now set for August 9, 2012 at 3:00 p.m. (ECF Document 335).

Assistant United States Attorney Blanche Cook and defense counsel Ken Quillen need more time to iron out the factual basis in the plea agreement. Assistant United States Attorney Blanche Cook does not oppose this motion.

        Respectfully submitted,

        s/ Kenneth Quillen
        Attorney for Angela Garcia
        95 White Bridge Rd., Suite 208
        Nashville, TN 37205
        (615) 356-1580

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been emailed to Ms. Blanche Cook, Assistant United States Attorneys, 110 Ninth Avenue South, Nashville, TN 37203-3870, on this 6th day of August, 2012.

        s/ Kenneth D. Quillen