IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED. Sentencing reset for 10/11/12 at 2:00 PM.==

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:10-cr-00215 |
| v. ) | JUDGE ALETA A. TRAUGER |
| ) | |
| FRANCISCO ZUNIGA-LEIJA ) | |

## MOTION TO RESCHEDULE SENTENCING HEARING

Defendant, through counsel, moves for an order continuing the September 14, 2012 sentencing hearing to October 11, 2012 at 2:00 p.m. This motion has been discussed with the United States and there is no opposition.

RESPECTFULLY SUBMITTED,

s/ Stephanie H. Gore
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant

Terry & Gore
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2750 office
(615) 250-4915 fax

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was served electronically and deposited in the United States Mail, postage prepaid, to the following: **Blanche B. Cook**, Assistant United States Attorney, Middle District of Tennessee, 110 Ninth Avenue South, Suite A961, Nashville, Tennessee 37203-3870, on this 27th day of August, 2012.

s/ Stephanie H. Gore
STEPHANIE H. GORE
Counsel for Defendant