IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00215 |
| | ) | Judge Trauger |
| | ) | |
| [3] ADALID DINO SANCHEZ | ) | |

## O R D E R

It is hereby **ORDERED** that the sentencing scheduled for September 14, 2012 at 2:30 p.m. is **RESET** for the same day at 11:00 a.m.

It is so **ORDERED**.

ENTER this 5th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge