UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No.  3:10-00215-6 |
| | ) | Hon. Aleta A. Trauger |
| | ) | |
| JEFFREY WAYNE CONNER | ) | |

**Motion GRANTED. Hearing reset to 11/14/12 at 1:00 p.m.**

## SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the defendant, Jeffrey Wayne Conner, by his court-appointed counsel, William I. Shockley, and moves this Honorable Court to continue the sentencing for 30 days from October 4, 2012 to a date convenient to the Court. In support of this motion, the defendant says:

From three different sources in the Bureau of Prisons, the defendant has received three different estimates of the minimum sentence that would permit entry into the BOP Residential Drug Abuse Program. The most recent estimate of 23 months was received yesterday from a BOP employee during the Public Defender's annual business and training program.  It is in the defendant's best interest that he continue to seek the best available drug treatment, and resolution of this conflicting information is required prior to sentencing.  Since the defendant's last court appearance in July, he has added two Narcotics Anonymous meetings each week to his treatment regimen.

On October 4, 2012, undersigned counsel spoke with AUSA Blanche Cook who stated the government had no objection to the sentence being continued as requested.

WHEREFORE the defendant respectfully requests this Honorable Court to continue the

1